

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SYLVIA KIRSCHENMAN and LEO KIRSCHENMAN, | \* \* \* \* | Civ. 09-4190 |
| Plaintiffs, | \* | **PROTECTIVE ORDER** |
| -vs- | \* \* | |
| AUTO-OWNERS INSURANCE, | \* \* | |
| Defendant. | \* \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Stipulation For Protective Order currently on file, this Court hereby ORDERS that Confidential Materials produced by Defendant in this litigation are to be protected in the fashion set forth in the Stipulation entered into by the parties.

Dated this __12__ day of January, 2011.

BY THE COURT:

By _____
U.S. District Court Judge

ATTEST:
_____
Clerk
By_____
Deputy