UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SYLVIA KIRSCHENMAN and LEO KIRSCHENMAN, | ) ) ) | CIV. 09-4190-KES |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | ORDER DISMISSING CASE |
| AUTO-OWNERS INSURANCE, | ) ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is

ORDERED that this case is dismissed, with prejudice, and without further recourse by any party. Each party will bear their own costs and attorney's fees associated with the prosecution and defense of this action.

Dated July 12, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE